UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CRIMINAL NO. 1:09-CR-219** |
| | : | |
| v. | : | (Chief Judge Kane) |
| | : | |
| | : | (Magistrate Judge Smyser) |
| JOSE A. RODRIGUEZ | : | |

## **REPORT AND RECOMMENDATION**

The defendant appeared before me on May 18, 2010 and entered a plea of guilty to a two count Superseding Information. The court conducted a full colloquy with the defendant and has determined the following:

> 1. The evidence is adequate to support a conviction.
>
> 2. The defendant understands his rights.
>
> 3. He knowingly and voluntarily waives his right to trial and pleads guilty.
>
> 4. No threats were made. The plea agreement contains the only promises made.
>
> 5. The defendant understands the proceedings.

On the basis of the foregoing, it is recommended that the court enter an Order adjudging the defendant guilty of the offenses. By a separate Order, a presentence investigation was ordered with disclosure of the presentence report to the parties on or before July 12, 2010.

*/s/ J. Andrew Smyser*
J. Andrew Smyser
Magistrate Judge

Dated: May 21, 2010.